IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARMANDO ZAMORA**  **PLAINTIFF**
**#86454**

v.   Case No. 4:23-CV-01151-LPR

**SHANE JONES,** *Sheriff, Pope County*
***Sheriff's Office* and NICK GAULT,**
***Sheriff, Yell County Sheriff's Office*** **DEFENDANTS**

**ORDER**

On December 4, 2023, Plaintiff Armando Zamora, an inmate at the Pope County Detention Center, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983.[1] A file-marked copy of his Complaint was returned to the Court as undeliverable.[2] On January 11, 2024, the Court ordered Mr. Zamora to update his address with the Court within 30 days.[3] The Court warned Mr. Zamora that his failure to comply with the Order would result in the dismissal of his Complaint.[4] The Court's Order was mailed to Mr. Zamora but has been returned to the Court as undeliverable.[5]

Mr. Zamora has not complied with, or otherwise responded to, the Court's January 11th Order, and the time for doing so has expired. Accordingly, Mr. Zamora's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 2).

[2] Doc. 4.

[3] Order (Doc. 5).

[4] *Id*.

[5] Doc. 6.

1

IT IS SO ORDERED this 16th day of February 2024.

                                                  _____
                                                  LEE P. RUDOFSKY
                                                  UNITED STATES DISTRICT JUDGE